HANNAH ROSEN, LOUIS ROSEN and MARTIN ROSENBERG, Respondents, v. LEIBOWITZ PICKLE WORKS, INC., Appellant, and IRVING SACKEROFF, Defendant.—

Plaintiffs sued to recover damages for personal injuries sustained when struck by the automobile of defendant Sackeroff on a public sidewalk. It was alleged that a truck of defendant Leibowitz Pickle Works, Inc., was negligently parked in the roadway and that Sackeroff, in avoiding a collision with a third automobile, in an emergency was forced to swerve his car to the sidewalk. Judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky P. J., Hagarty, Carswell, Adel and Taylor, JJ.